IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

NOV 1 9 2019

OFFICE OF THE CLERK

8:19CV506

| | |
|---|---|
| Dale Barta | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL RIGHT'S VOLATION |
| | ) |
| Tami Yeomans, et al. | ) DEFAULT COLLECTION |
| Rodney O'Neil | ) |
| Kurby Alloway, Depty | ) STATEMENT OF FACTS |
| Second Depty | ) |
| Daune Brockman | ) CRIMINAL TRESPASSING |
| Linda Heerman | ) |
| Dale Crandell | ) HOMESTEAD RIGHTS |
| Jack Todd | ) |
| Greg Todd | ) Crime Victim's rights, |
| James D. Gotschall | ) |
| Larry Donner, Sheriff, et al. | ) Refusing to file homestead and land patent |
| | ) |
| Defendant | ) ESTOPPLE, Title 18-1964 |
| | ) |
| | ) 18 U.S. Code 3771.  Victim's Rights, |

COMES NOW, Dale Barta, Pauper: Motion of Statement of Fact's. 18 U. S. Code  3771

Code Victim's rights. Nebraska fully recognizes  Land Patents, Homestead, as Proof of ownership,

Nebraska Revised Statues 25-1283. Crime Victim's rights, asked for a court appointed attorney, was

refused. Title 18 – 3771.

EXHIBIT 1:  Warranty Deed

EXHIBIT 2:  United States Department of the Interior Bureau of Land Management.

EXHIBIT A: Bankrucpty Court Order

EXHIBIT B: Edited Excerpts from : Do you own your land.

EXHIBIT C: Notice of Land Patent.

EXHIBIT F:  HOMESTEAD.

EXHIBIT H:  DECLARATION OF HOMESTEAD.

EXHIBIT I:  Land Description – Attachment A.

EXHIBIT J:  Nebraska fully recognizes land patents as proof.

EXHIBIT K.  Return of Unfilled Documents.

 EXHIBIT L.  Land Patent or NOTICE of LIS PENDENS.

EXHIBIT M:  Crime victims' rights

 EXHIBIT N:  Trespassing Pictures of taking of Pickup from property.

EXHIBIT O:  Picture of thief of Livestalk.

AFFIDAVIT OF FACTS.  Are EXHIBIT 1, 2, A, B, C, F THROUGH O.

Pound Beach, 15 U. S. C. , 28 - 91 or 91(cb) destroys, removes, impairs the availability of any

Public record. U.S.C. -5.  On May 4, of 2000, Order from Unite States Bankruptcy Court Discharging

all creditors are prohibited from attempting to collect any debt that has been discharged in this case.

On 2002 the Garfield County Sheriff and Depty's and other individual's did trespass and steal,

removing cows, calves, and bulls to the burwell sale barn and were sold on  April 19 2002. At that

time were sold for $28020.02. Asking the cost of replacement is $45900.00 for cows only. Calves

valued at $354375.00. Bulls value $12000.00,  and interest from 2002.

GARFIELD  COUNTY ATTORNEY refused to file Federal Papers that was presented to the

court clerk by Dale Barta Plaintiff, sent certified mail and was returned unfilled.

Carl and Linda Molesworth name has been added to the land as ownership, are not the owners.

Dale and Sherill Barta are the owners of this property.  Carl and Linda Moesworth were given survivor

ship nothing else.

Rodney O'Neal, Tami Yeoman, on June 10 – 2013 was the start of this trespassing. Also on

October 25 2018, and on October 27, 2019 moved a large group of cattle on Dale Barta property

without permission. Dale Barta was never offered any payment, this has been Criminal trespass  for the

last 7 years.   18 U. S. C. Section 245, Criminal trespass, $125.000.00 each for 7 years plus interest.

Kurby Alloway, $300,000.00 , Duane Brockman $10.000.00, Loss for the use of pickup

$91.000.00, Pickup value $6500.00, tools $1000.00, replacement of pickup $10.000.00,  Color of Law,

$25000.00. Plus Interest

For removal of trees and wear and replacing of windmill's, $55.000.00.  plus interest.

Dale Barta
46629 822nd Rd.
Burwell Nebraska 66823
Phone, 308 – 346 – 4468
Date 11 – 19 - 2019

103¼—WARRANTY DEED—Joint Tenancy—Vesting Entire Title In Survivor    The Huffman General Supply House, Lincoln, Nebr.

KNOW ALL MEN BY THESE PRESENTS, That

*EXHIBIT 1*

Frank Bohn, a single man,
Margaret E. Olson, and Walter O. Olson, wife and husband, and
Luceil Martin and Edgar R. Martin, wife and husband,
each in their own right and as spouse of each other, and being
the sole and only heirs at law, and their respective husbands,
of John Bohn, deceased,

in consideration of ($16,800.00) Sixteen Thousand eight hundred and no/100DOLLARS

in hand paid, do hereby grant, bargain, sell, convey and confirm unto

Dale L. Barta and Sherrill D. Barta, husband and wife,

as JOINT TENANTS, and not as tenants in common; the following described real estate, situated in the County of
Garfield : and State of            Nebraska            , to-wit:

The Southeast Quarter of the Southwest Quarter (SE¼SW¼), and
South half of the Southeast Quarter (S½SE¼) of Section 34, and
Southwest Quarter of the Southwest Quarter (SW¼SW¼) of Section
35, all in Township 21, North of Range 16, West of the 6th P.M.,
in Garfield County, Nebraska,

> NEBRASKA DOCUMENTARY
> STAMP TAX
>
> SEP 1 6 1969
>
> $ 18.70  BY M. O.

together with all the tenements, hereditaments and appurtenances to the same belonging, and all the estate, title,
dower, right of homestead, claim or demand whatsoever of the said grantorS  , of, in or to the same, or any part
thereof; subject to    no exceptions

IT BEING THE INTENTION OF ALL PARTIES HERETO, THAT IN THE EVENT OF THE DEATH
OF EITHER OF SAID GRANTEES, THE ENTIRE FEE SIMPLE TITLE TO THE REAL ESTATE DE-
SCRIBED HEREIN SHALL VEST IN THE SURVIVING GRANTEE.
    TO HAVE AND TO HOLD the above described premises, with the appurtenances, unto the said grantees as
JOINT TENANTS, and not as tenants in common, and to their assigns, or to the    heirs and assigns of the survivor

$ 18.70   BY M O

together with all the tenements, hereditaments and appurtenances to the same belonging, and all the estate, title, dower, right of homestead, claim or demand whatsoever of the said grantorS   , of, in or to the same, or any part thereof; subject to      no exceptions

IT BEING THE INTENTION OF ALL PARTIES HERETO, THAT IN THE EVENT OF THE DEATH OF EITHER OF SAID GRANTEES, THE ENTIRE FEE SIMPLE TITLE TO THE REAL ESTATE DE-SCRIBED HEREIN SHALL VEST IN THE SURVIVING GRANTEE.

TO HAVE AND TO HOLD the above described premises, with the appurtenances, unto the said grantees as JOINT TENANTS, and not as tenants in common, and to their assigns, or to the   heirs and assigns of the survivor of them, forever, and  we  the grantor s   named herein for us      and  our  heirs, executors, and administrators, do covenant with the grantees named herein and with their assigns and with the heirs and assigns of the survivor of them, that we are  lawfully seized of said premises; that they are free from incumbrance except as stated herein, and that  we   the said grantor s   have good right and lawful authority to sell the same, and that   we    will and  our   heirs, executors and administrators shall warrant and de-fend the same unto the grantees named herein and unto their assigns and unto the heirs and assigns of the sur-vivor of them, forever, against the lawful claims of all persons whomsoever, excluding the exceptions named herein.

IN WITNESS WHEREOF  we    have hereunto set  our  hand s    this 3rd    day of July    , 19 69

_Frank Bohn_

_Lucil Martin_

In presence of                                    _Edgar R Martin_

_Margaret C Olson_

_Louise Eldredge to Frank Bohn_   _Walter O Olson_

STATE OF NEBRASKA

_Webster_ County } ss.

On this 5th day of July, 19 69, before me, the undersigned a Notary Public, duly commissioned and qualified for said County, personally came Frank Bohn, a single man

to me known to be the identical person or persons whose name is or names are subscribed to the foregoing instrument, and acknowledged the execution thereof to be, his, her or their voluntary act and deed.

Witness my hand and Notarial Seal the day and year last above written.

_Louise Eckard_ Notary Public.

My commission expires the 28 day of _Enrich_, 19 71

STATE OF MISSOURI

_Vernon_ County } ss.

On this 10th day of July, 19 69, before me, the undersigned a Notary Public, duly commissioned and qualified for said County, personally came Margaret E. Olson and Walter O. Olson,

wife and husband

to me known to be the identical person or persons whose name is or names are subscribed to the foregoing instrument, and acknowledged the execution thereof to be, his, her or their voluntary act and deed.

Witness my hand and Notarial Seal the day and year last above written.

_George J. Hutt_ Notary Public.

My commission expires the 26th day of _March_, 19 71

STATE OF KANSAS )
)
_Douglas_ County )

On this -- 8th day of July 1969, before me, the undersigned, a Notary Public, duly commissioned and qualified for said County, personally came Luceil Martin and Edgar R. Martin, wife and husband, to me known to be the identical person or persons whose name is or names are subscribed to the foregoing instrument, and acknowledged the execution thereof to be, his, her or their voluntary act and deed.

Witness my hand and Notarial Seal the day and year last above written.

_Robert J. Compton_ Notary Public

My commission expires the 12th day of _Dec_ 1972

HAVE THIS DEED RECORDED

File No................................

# WARRANTY DEED
## VESTING ENTIRE TITLE IN SURVOR

From.................................................................
....................................................................
....................................................................

To..................................................................
....................................................................
....................................................................

STATE OF *Nebraska*..............................⎫
............*Garfield*.....................County, ⎬ ss.

Entered on Numerical Index and fid for Record in the Register of Deeds' office f said County, the *16* day of *Sept.* 19*69*, at *2:40* o'clock *P.* I., and recorded in Book *27* of Deed; Page ............*292*.............................

*Edward F. Sme*
Register of Deeds

Mail...............................................................
....................................................................

Num l.............................. Gen'l..........................

Compared by.......................................................

Paged Numerical............ Paged General............

Time Rec'd........................... Fee *3.50*

The Huffman General Supply House, Lincoln, Nebr.

### United States Department of the Interior
### Bureau of Land Management

DIV OF SUPPORT SERVICES
P.O. BOX 1828
CHEYENNE, WY 82003 -1828
Phone: (307) 775-6256

Receipt

No:                     764445

**Transaction #:** 794354
**Date of Transaction:** 10/08/2003

*EXHIBIT 2*

CUSTOMER: DALE BARTA
RT #1 BOX 106
BURWELL,NE 68823

| LINE # | QTY | DESCRIPTION | REMARKS | UNIT PRICE | TOTAL |
|--------|-----|-------------|---------|------------|-------|
| 1 | 3.00 | IAC PRODUCTS / COPIES / APERTURE CARD/FICHE (MTP) / PAPER COPIES (ANY SIZE) $1.10/P | PATENTS | 1.10 | 3.30 |
| 2 | 3.00 | IAC PRODUCTS / SERVICE/ADMIN CHARGES / CERTIFICATION OF RECORD / CERTIFICATION OF RECORD | | 0.25 | 0.75 |
| | | | | **TOTAL:** | **$4.05** |

| PAYMENT INFORMATION | | | |
|---|---|---|---|
| 1 | AMOUNT: $4.05 | POSTMARKED: | 10/02/2003 |
| | TYPE: CHECK | RECEIVED: | 10/08/2003 |
| | CHECK NO: 2161 | | |
| | NAME: BARTA, DALE RT #1 BOX 106 BURWELL NE 68823 | | |

| REMARKS |
|---------|
| |

This receipt was generated by the automated BLM Collections and Billing System and is a paper representation of a portion of the official electronic record contained therein.

Form 1370-44
(April 1992)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
COPY WORK REQUEST

Reference Number
**1303703**

Date 10/1/03

Name
Dale Barta

Address *(include zip code) (Optional)*
RR1 Box 106
Burwell, NE 68823

Telephone *(include area code)*

☐ Waiting   ☐ Pick up   ☐ Mail

| FOR BLM USE ONLY |
| --- |
| PREPAYMENT REQUIRED |

| Paid by: ☐ Check   ☐ Money Order | $ |
| *(Payable to Department the Interior/BLM)* | |
| Cash | $ |
| Credit Card: ☐ VISA   ☐ MasterCard | $ |
| DDA Account No. | Balance $ |

| DOCUMENT OR RECORD *(TYPE)* | SIGNED CERT | QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- |
| Patents 6080, 6050, 5506 | | 3 | 1.10 | 3.30 |
| Certifications | 3 | | .25 | .75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Overpayment of $ _____ to be refunded by
United States Treasury check - allow 30 days

*Refunds of Less Than $1.00 Upon Request Only*

Completed by: Will Gulley
BLM Office: WYSO
Date 10/1/03

| Grand Total | $4.05 |
| --- | --- |
| New Balance | $ |

Remarks:

RECEIPT



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

**IN THE MATTER OF:**

DALE L. BARTA and
SHERRILL D. BARTA,

Debtors.

CASE NO: BK96-40899

**ORDER DISCHARGING
CHAPTER 12 DEBTORS**

It appearing that the persons named above have filed a Petition commencing a case under title 11, United States Code, on May 23, 1996, that an Order for Relief was entered under Chapter 12 and that no complaint objecting to the discharge of the debtors was filed within the time fixed by the Court, the Court finds:

1.     That the debtors' plan has been confirmed, and

2.     That the debtors have fulfilled all requirements under the plan.

IT IS ORDERED THAT:

1.     The debtors are discharged from all debts provided for by the plan or disallowed under 11 U.S.C. §502, except any debt:

    a.     On which the late payment is due after the date on which the final payment under the plan was due, as specified in 11 U.S.C. §1222(b)(5);

    b.     On which the last payment on an allowed secured claim is due after the end of the period provided for in 11 U.S.C. §1222(c), as specified in 11 U.S.C. §1222(b)(9); or

    c.     *Of the kind specified in 11 U.S.C. §523(a).*

2.     All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

DATED THIS  4  day of  MAY  , 2000.

BY THE COURT:

_____
BANKRUPTCY JUDGE

Approved as to Form and Content:

_____
Richard K. Lydick

**PREPARED BY:**

**TODD V. ELSBERND, #18785
BRADLEY, MASER, KNEALE,
& ELSBERND, P.C.**
202 West Third Street, 4th Floor
P.O. Box 639
Grand Island, NE 68802
Telephone: (308) 382-2128

COPIES MAILED BY THE COURT TO ALL
CREDITORS AND PARTIES IN INTEREST
LISTED ON THE OFFICIAL COURT MATRIX.

# Edited Excerpts from: "Do you own your Land?"

☐ EMAIL  ☐ PRINT                              *EXHIBIT B*

WARN Voi. 1 Issue 1a July 4, 1997 p. 10 (order info)

Oct. 12, 2009

The foundation of this nation was real property ownership. That's why the settlers came here. To insure private ownership of land, the nation's founding fathers made it unlawful for government to own land except for the ten square miles of Washington D.C., and such as may be needed for erection of Forts, Magazines, Arsenals, dockyards, and other needful buildings. (The Constitution)

When an American fulfills the requirements to obtain a "Land Patent" the patent is assigned by and under the hand and seal of the President of the United States, in accord with an Act of Congress.

Fictitious entities, like trusts, corporations, etc. cannot obtain land patents except by express act of Congress. An example of Congress granting land through patents to fictitious entities is the railroad grants made to compensate the railroad companies for building railroads across America.

The Land Patent is the only form of perfect title to land available in the United States. Wilcox v. Jackson, 38 PET, U.S. 498; 10 L.Ed. 264

In America today people think they own their land, but unless they have the Land Patent on the land they do not own it. Most people today obtain "Real Estate" by contract and then on fulfillment of the contract they transfer control of land by "Warranty Deed".

The "Warranty Deed" is merely a "color of title". Color of Title means: "That which is a semblance or appearance of title, but not title in fact or in law." Howth v. Farrar, C.C.A. Tex.; 94 F.2d 654, 658; McCoy v. Lowrie, 42 Wash. 2d 24, Black's Law Sixth Ed.

The Warranty Deed cannot stand against the Land Patent. "A grant of land (Land Patent) is a public law standing on the statue books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward." Wineman v. Gastrell, 53 FED 697, 2 U.S. App. 581

The Land Patent is permanent and cannot be changed by the government after its issuance. "Where the United States has parted with title by a patent legally issued and upon surveys made by itself and approved by the proper department, the title so granted cannot be impaired by any subsequent survey made by the government for its own purposes." U.S. v. Stone, 2 U.S. 525

In the history of this county no Land Patent has ever lost an appellate review in the courts. As a matter of fact in Summa Corp. v. California, 466 US 198 the Supreme Court ruled forever that the Land Patent would always win over any other form of title. In that

case the land in question was tidewater land and California's claim was based on California's constitutional right to all tidewater lands. The patent stood supreme even against California's Constitution.

Land cannot be taken for debt or taxes, but Real Estate can be.

What is Land? By definition: "'Land' is not restricted to the earth's surface, but extends below and above the surface. Nor is it confined to solids, but may encompass within its bounds such things as gases and liquids. A definition of 'land' along the lines of 'a mass of physical matter occupying a space' also is not sufficient, for an owner of land may remove part or all of that physical matter, as by digging it up and carrying away the soil, but would nevertheless retain as part of his 'land' the space that remains. Ultimately … 'land' is simply an area of three dimensional space, its position being defined by natural or imaginary points located by reference to the earth's surface. 'Land' is not the fixed contents of that space, although, as we shall see, the owner of that space may well own those fixed contents. Land is immovable, as distinct from chattels, which are moveable; it is also, in its legal significance, indestructible. The contents of the space may be physically severed, destroyed or consumed, but the space itself, and so the 'land', remains immutable." Peter Butt, Land Law 9 (2nd ed. 1988) Reprinted in Black's Law Dictionary, Seventh Edition

What is Real Estate? It's a document that lays over the land in color of title; though it is not the Land itself, it may include with it the right to real property that sits upon the Land. Banks and corporations like Real Estate because they can own it without an Act of Congress. They and others can use the fiction of title to it to seize property under the color of law.

They've taken their colors of title into the courts for so long that the people (under three generations of deception and ignorance) simply allow them to go ahead. Generally, people seem to have forgotten about land patents.

For that cause when you go into a court today with a real land title case (a Land Patent case) chances are the judge and any attorneys involved won't know what a Land Patent is.

The first court you run into that understands the power of a Land Patent may be a U.S. Circuit court of Appeals, and in the history of this nation there has never been an appellate case where a properly set Land Patent has ever lost its title to the Land.

If you ever have the occasion to have to defend your right to your land in court. And someone else presents a proof of right to the land patent on your land, you'll loose your land.

If you haven't secured your right to your land by its land patent, you may be abandoning your right to your land and any prior owner with lawful right to the land patent could secure it to themselves and evict you off from the land you thought was yours, and you'll have to leave.

So contact us and get your land patent secured. It's important.

Now, let's suppose you have your Land Patent properly secured and for some reason you have to defend your right to the land. What do you do?

If you understand the patent and how it works you'll defend it successfully.

So again, here's how it works:

The Land came to the nation by treaty or war prize. The government only had limited ability to own land, as before mentioned, and all of the remainder of the land was held in the sole disposition of the United States until it was granted under act of Congress by the hand and seal of the President to some person. Then in that same act the President makes the Grant Patent. Which means that the Land came to the nation by treaty and the patent assigns a specific part of that treaty to you and your heirs and assigns forever.

So your land comes to you from the treaty through your Land Patent. This is critical, the Land Patent secures the treaty to you. The court is bound by the supremacy clause of the Constitution to uphold the treaty making your Patent a statutory limitation throughout the land. Wineman v. Gastrell, 53 FED 697, 2 U.S. App. 581.

If you ever have to defend your right to the Patent here's how. Get a full abstract on your land. The Abstract will show the assignment on the land and patent from the patent to you. Each record of the Abstract is a matter of public record, well established over time. If your right to the land was well secured (with a properly secured Warranty Deed) and you have properly accepted and secured the Land Patent to that Land (Team Law's documentation has worked over 60 years), you'll win, if you're prepared.

3



## Page 4 - Wednesday, September 12, 2012



### NOTICE OF LAND PATENT

Ref # 1303703
Legal Description

A tract of land being the East Half of the Southwest Quarter (E 1/2, SW 1/4) and the Southeast Quarter (SE 1/4), of Section Thirty-Four (34), and the Southwest Quarter of the Southwest Quarter (SW 1/4, SW 1/4) and the North Half of the Southwest Quarter (N 1/2, SW 1/4) of Section Thirty-five (35), all in Township Twenty-one (21) North, Range Sixteen (16) West of the Sixth Principal Meridian, Garfield County, Nebraska, more particularly described as follows:

Beginning at a BLM Brass Cap located at the Southwest Corner of said Section 35; thence Easterly on the South line of said Section 35 a distance of 1309.77 feet to the East line of said SW 1/4, SW 1/4; thence Northerly on said East line a distance of 1327.92 feet to the North line of said SW 1/4, SW1/4 and the South line of the N 1/2 of said SW 1/4; thence Easterly on said South line a distance of 1334.74 feet to the East line of said SW 1/4; thence Northerly on said East line a distance of 1323.85 feet to the Northeast Corner of said SW 1/4; thence Westerly on the North line of said SW 1/4 a distance of 2534.13 feet to the Northwest Corner of said SW 1/4, said point also being the Northeast Corner of the SE 1/4 of said Section 34; thence Westerly on the North line of said SE 1/4 a distance of 1306.11 feet to the Northwest corner of said E 1/2, SE 1/4; thence Southerly on the West line of said E 1/2, SE 1/4 a distance of 2650.55 feet to the South line of said Section 34; thence Easterly on said South line a distance of 3929.31 feet to the Point of Beginning. Containing 360 Acres, more or less, subject to any County Road Right-of-Ways not previously vacated.

NOTE: All distances shown hereon are calculated based on the GLO/BLM Department Resurvey dated February 14th, 1958.

Dale L. Barta
**46629-822nd RD**
**Burwell, NE 68823**

S-12, 19, 26

---

15-13.

### NOTICE OF LAND PATENT

Dale Leighton Barta an Sherrill Dorine Barta no claim the forever benefit of th land patent and occupy the lan located at 46629-822nd Road Burwell, Nebrasa.

Documentation may b viewed online at
http://tinyurl.com/aenw22x
Published J23, 30, F (

# The United States of America

No. 6050 }    To all to whom these presents shall come, Greeting:

Whereas, *Barbora Bohn of Garfield County Nebraska*

has deposited in the GENERAL LAND OFFICE of the United States a Certificate of the Register of the Land Office at *Neligh Nebraska*, whereby it appears that full payment has been made by the said *Barbora Bohn*

according to the provisions of the Act of Congress of the 24th of April, 1820, entitled "An Act making further provision for the sale of the Public Lands," and the acts supplemental thereto, for *the South East quarter of the South West quarter of Section thirty four in Township twenty one North of Range sixteen West of the Sixth Principal Meridian in Nebraska containing forty acres*

according to the official plat of the survey of the said lands returned to the General Land Office by the Surveyor General, which said tract has been purchased by the said *Barbora Bohn*

Now know ye, That the United States of America, in consideration of the premises, and in conformity with the several acts of Congress in such case made and provided, HAVE GIVEN AND GRANTED, and by these presents DO GIVE AND GRANT, unto the said *Barbora Bohn*

and to *her* heirs, the said tract above described: To HAVE AND TO HOLD the same, together with all the rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said *Barbora Bohn* and to *her* heirs and assigns forever.

In testimony whereof, I, *Grover Cleveland*

PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these letters to be made patent, and the seal of the General Land Office to be hereunto affixed.

Given under my hand, at the City of Washington, the *twenty fifth* day of *December*, in the year of our Lord one thousand eight hundred and *ninetythree*, and of the Independence of the United States the one hundred and *eighteenth*.

By the President: *Grover Cleveland*

*M. McKean*, Secretary.

*L. Q. C. Lamar*, Recorder of the General Land Office.

*EXHIBIT F*

CERTIFIED to be a true and comparative copy of the official records on file

JUL 16 2012

BUREAU OF LAND MANAGEMENT

18

# The United States of America

No. 3306  **To all to whom these presents shall come, Greeting:**

Whereas Jacob Frei of Garfield County Nebraska

has deposited in the GENERAL LAND OFFICE of the United States a Certificate of the Register of the Land Office at Neligh Nebraska, whereby it appears that full payment has been made by the said Jacob Frei according to the provisions of the Act of Congress of the 24th of April, 1820, entitled "An Act making further provision for the sale of the Public Lands," and the acts supplemental thereto, for the North West quarter of the South East quarter the South half of the South East quarter and the North East quarter of the South West quarter of Section thirty four in Township twenty one North of Range sixteen West of the Sixth Principal Meridian in Nebraska containing one hundred and Sixty acres

according to the official plat of the survey of the said Lands returned to the General Land Office by the Surveyor General, which said tract has been purchased by the said Jacob Frei

**Now know ye,** That the United States of America, in consideration of the premises, and in conformity with the several acts of Congress in such case made and provided, HAVE GIVEN AND GRANTED, and by these presents DO GIVE AND GRANT, unto the said Jacob Frei

and to his heirs, the said tract above described: To have and to hold the same, together with all the rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said Jacob Frei

and to his heirs and assigns forever.

**In testimony whereof,** I, Benjamin Harrison, PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these letters to be made patent, and the seal of the General Land Office to be hereunto affixed.

Given under my hand, at the City of Washington, the twentieth day of August in the year of our Lord one thousand eight hundred and ninety and of the Independence of the United States the one hundred and fifteenth

By Benjamin Harrison

CERTIFIED
to be a true and comparative copy
of the official records on file

JUL 16 2012

BUREAU OF LAND MANAGEMENT



**The United States of America**

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

Whereas there has been deposited in the GENERAL LAND OFFICE of the United States a CERTIFICATE of the Register of the Land Office at *Neligh Nebraska* whereby it appears that, pursuant to the Act of Congress approved 20th May, 1862, "To secure Homesteads to actual settlers on the public domain," and the acts supplemental thereto, the claim of *Adam Bohn* has been established and duly consummated in conformity to law for the *North East quarter of the South East quarter of Section thirty four the North half of the South West quarter and the South West quarter of the South West quarter of Section thirty five in Township twenty one North of Range sixteen West of the Sixth Principal Meridian in Nebraska containing one hundred and sixty acres*

according to the Official Plat of the Survey of the said Land returned to the GENERAL LAND OFFICE by the SURVEYOR GENERAL.

Now know ye, That there is therefore granted by the UNITED STATES unto the said *Adam Bohn* the tract of Land above described: TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said *Adam Bohn* and to his heirs and assigns forever.

In testimony whereof, I, *Benjamin Harrison* President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

Given under my hand, at the City of Washington, the *first* day of *March*, in the year of Our Lord one thousand eight hundred and *Ninety two*, and of the Independence of the United States the one hundred and *sixteenth*.

By the President *Benjamin Harrison*

By *M. McKean* Secy.

*J. M. Conwell* Recorder of the General Land Office
ad interim

Homestead Certificate No. 6080
Application 9685

CERTIFIED to be a true and comparative copy of the official records on file
JUL 16 2012
BUREAU OF LAND MANAGEMENT

© COPY    EXHIBIT H.

# DECLARATION OF HOMESTEAD

DATE: _12 - 05 - 12_

TO:    Linda Heermann
Post Office Box 218
Burwell, Nebraska 68823
Phone:    308-346-4161
Fax:    -

FROM:    Dale Leighton Barta & Sherrill Dorine Barta
46629 – 822nd Road
Burwell, Nebraska    [ 68823 ]
Non Domestic without the US

Dear Linda Heermann ,

I/We do hereby declare that I/we claim the land located at the address below as my/our homestead and domicile. The deed to this land has been acknowledged, delivered, and accepted. I/We are in possession and do occupy this land. This land is held in Fee Simple/Allodium within Land Grant/Patent Name/Number Jacob Frei/ 5506, Barbora Bohn/ 6030, Adam E, dated August 23, 1895, December 28, 1892, March 1, 1893 .

Land commonly known as:    46629 – 822nd Road

Burwell, Nebraska

## LEGAL DESCRIPTION - SEE ATTACHMENT "A"

Note: The attached legal description is excepting any public contract that may infringe on the reasonable and necessary rights of relevant landowners. The attached legal description is excepting infringement on the sovereign rights of the Grantee as a matter of principal under common law. Any such infringement of sovereign unalienable rights as protected by the Constitution of the united States of America, (circa 1787), as amended by the first Ten Amendments known as the Bill of Rights, (circa 1791), is declared excluded, null, and void.

Note: The attached legal description is accepting any private contracts that may benefit the reasonable and necessary rights of relevant landowners.

Dale Leighton Barta    _Dale Leighton Barta_
Owner (Print Name)    Owner Signature

Sherrill Dorine Barta    _Sherrill Dorine Barta_
Owner (Print Name)    Owner Signature

Declaration of Homestead: Page 1 of 2 - Witness on subsequent page

Declaration of Homestead:

## WITNESS

The above-named Owner(s), known by below-subscribed witnesses or upon satisfactory evidence proven to below-subscribed witnesses to be the same, personally appeared before me, a witness, and did declare his/her/their homestead and domicile of his/her/their own free will and affixed his/her/their signature(s) thereon.

In witness this 5th day of December _____, A.D. 2012 _____

Jessica Thompson
Witness (Print Name)

Jessica Thompson
Witness Signature

Rhonni Benson
Witness (Print Name)

Rhonni Benson
Witness Signature

The Remainder of the page intentionally left blank.

Declaration of Homestead: Page 2 of 2



# Land Description - Attachment "A"

**For the land commonly known as:**  46629 – 822nd Road

Burwell, Nebraska    [ 68823 ]

**Legal Description** (for identification purposes only):

The East Half of the Southwest Quarter (E ½ , SW ¼) and the Southeast Quarter (SE ¼), of Section Thirty-Four (34), and the Southwest Quarter of the Southwest Quarter (SW ¼, SW ¼) and the North Half of the Southwest Quarter (N ½, SW ¼) of Section Thirty-five (35), all in Township Twenty-one (21) North, Range Sixteen (16) West of the Sixth Principal Meridian, Garfield County, Nebraska.

---

### Full Description

---

Map Number _____    Book _27_____    Page Number _292_____

Lot Number _____    Block _____

Name of Subdivision: _____

From Subdivision Plat – Surveyors Certificate – Metes and Bounds description of Subdivision:

Please copy and paste to avoid errors

A tract of land being the East Half of the Southwest Quarter (E ½ , SW ¼) and the Southeast Quarter (SE ¼), of Section Thirty-Four (34), and the Southwest Quarter of the Southwest Quarter (SW ¼, SW ¼) and the North Half of the Southwest Quarter (N ½, SW ¼) of Section Thirty-five (35), all in Township Twenty-one (21) North, Range Sixteen (16) West of the Sixth Principal Meridian, Garfield County, Nebraska, more particularly described as follows:

Beginning at  a BLM Brass Cap located at the Southwest Corner of said Section 35; thence Easterly on the South line of said Section 35 a distance of 1309.77 feet to the East line of said SW ¼ , SW ¼; thence Northerly on said East line a distance of 1327.92 feet to the North line of said SW ¼, SW ¼ and the South line of the N ½ of said SW ¼ ; thence Easterly on said South line a distance of 1334.74 feet to the East line of said SW ¼;  thence Northerly on said East line a distance of 1323.85 feet to the Northeast Corner of said SW ¼; thence Westerly on the North line of said SW ¼ a distance of 2534.13 feet to the Northwest Corner of said SW ¼, said point also being the Northeast Corner of the SE ¼ of said Section 34; thence Westerly on the North line of said SE ¼ a distance of 1306.11 feet to the Northwest corner of said E ½, SE ¼ ; thence Southerly on the West line of said E ½ , SE ¼ a distance of 2650.55 feet to the South line of said Section 34; thence Easterly on said South line a distance of 3929.31 feet to the Point of Beginning.  Containing 360 Acres, more or less, subject to any County Road Right-of-Ways not previously vacated.

NOTE:  All distances shown hereon are calculated based on the GLO/BLM Dependent Resurvey dated February 14th, 1958.

**Declaration of Homestead:**

## WITNESS

The above-named Owner(s), known by below-subscribed witnesses or upon satisfactory evidence proven to below-subscribed witnesses to be the same, personally appeared before me, a witness, and did declare his/her/their homestead and domicile of his/her/their own free will and affixed his/her/their signature(s) thereon.

In witness this 5th day of December , A.D. 2012

Jessica Thompson
Witness (Print Name)

Jessica Thompson
Witness Signature

Rhonni Benson
Witness (Print Name)

Rhonni Benson
Witness Signature

The Remainder of the page intentionally left blank.

Declaration of Homestead: Page 2 of 2

Copyright© 2012 Dominion Services. All Rights Reserved.

**Public Land Survey System Description:**

Section ___34___ Township _21 N_ Range _16 W_ Base/Meridian ___Sixth Principal Meridian___

**Aliquot Part:** __the East Half of the Southwest Quarter (E ½ , SW ¼) and the Southeast Quarter__

_(SE ¼)_

Section ___35___ Township _21 N_ Range _16 W_ Base/Meridian ___Sixth Principal Meridian___

**Aliquot Part:** __the Southwest Quarter of the Southwest Quarter (SW ¼, SW ¼) and the North__

__Half of the Southwest Quarter (N ½, SW ¼)__

**Land Patent:** Number _5506_____ Date _August 20, 1890_____

**Land Patent:** Number _6030_____ Date _December 26, 1893_

**Land Patent:** Number _6080_____ Date _March 1, 1892_

**MILLER & ASSOCIATES**
**CONSULTING ENGINEERS, P.C.**
P.O. BOX 306
KEARNEY, NE 68848-0306
PH. 308/234-6456

**INVOICE NO. 13**    0275

March 26, 2013

319-LS-052-12
Dale Barta
46629 822nd Road
Burwell, NE 68823

*Surveying Services*                                                                                                (f)

*Professional Services Rendered as Follows:*

Consisting of work performed for legal description for a Tract in Section 34 & 35, T21N, R16W, Garfield County, Nebraska, per your request.

Licensed Land Surveyor
2.0 Hour @ $75.00/hour                                    $        150.00

                **Total Due This Invoice**             $        150.00

*pd check 3902*
*amt $150.00*
*4/08/2013*

*Please include the invoice number with your payment.*

PLAT



Paul John                                         EXHIBIT J

___

## Nebraska Fully Recognizes Land Patents as Proof,

Scammers are selling packages to help you bring forward a "land patent", it is a wast of money, all one needs is a certified copy from the Bureau of Land Management of your district and that is absolute proof in any US court that the USA sold the land at one time in history, therefore sold its governance (property taxing) rights.

Nebraska Revised Statute 25-1283

Revised Statutes » Chapter 25 » 25-1283
Print Friendly
25-1283. Land office receipts; effect as evidence.
The usual duplicate receipt of the receiver of any land office, or, if that be lost or destroyed, or beyond the reach of the party, the certificate of such receiver that the books of his office show the sale of a tract of land to a certain individual is proof of title equivalent to a patent against all but the holder of an actual patent.

Source

R.S.1867, Code § 411, p. 462;

R.S.1913, § 7976;

C.S.1922, § 8917;

C.S.1929, § 20-1283;

R.S.1943, § 25-1283.

Annotations

Holder of receiver's certificate cannot, when entry is canceled, maintain ejectment. Oldfather v. Ericson, 79 Neb. 1, 112 N.W. 356 (1907); Headley v. Coffman, 38 Neb. 68, 56 N.W. 701 (1893).

Land office receipt is sufficient to protect one in possession against naked claim of superior right. Moore v. Parker, 59 Neb. 29, 80 N.W. 43 (1899); Kinney v. Degman, 12 Neb. 237, 11 N.W. 318 (1882).

Receiver's receipt gives color of title to entire tract described. Draper v. Taylor, 58 Neb. 787, 79 N.W. 709 (1899).

United States land officer's certificate is such color of title as to start statute of limitation running. Carroll v. Patrick, 23 Neb. 834, 37 N.W. 671 (1888).

Click HERE to view the list of foundational information created by Lawyer Paul John Hansen to aid in independence from the US System. Done in free inhabitant.info, need done in pauljjhansen.com.

OFFICE OF THE

# GARFIELD COUNTY ATTORNEY

DALE C. CRANDALL

455 GRAND AVENUE
P.O. BOX 310
BURWELL, NEBRASKA  68823
(308) 346-4284
Fax (308) 346-5402
Justice@nctc.net

February 28, 2013

$EXHIBIT$ K.

Dale Barta
46629 822th Road
Burwell, NE  68823

Re:     Return of Unfiled Documents

Mr. Barta:

The enclosed document(s), described below, were recently submitted to the Garfield
County Clerk for recording.  I have previously advised you that Nebraska law does not permit the
recording of such documents.   The document(s) in question are returned to you **unfiled.**

1. Declaration of Homestead" with attached "Land Description - Attachment A"
(4 pages).

As before, I strongly encourage you to consult with a licensed attorney with expertise in
Nebraska real estate law before attempting to file or record any further documents such as those
in question. Neb. Rev. Stat. Section 76-296 prohibits the filing of notices which slander the title
to real estate and provides legal penalties for doing so, including the assessment of costs, attorney
fees and damages against the filer of such documents.

Also enclosed, uncashed, is your postal money order #50960455402
Linda Heermann in the amount of $28.00.

Very Truly Yours,

Crandall

Garfield County Att

DCC
cc: Linda Heermann

# Trespass Notice Form

Date Of Incident __5_ / _31_ / _2018_          Time Of Incident __UK___    __ AM __ PM

Incident Location _NE 1/4, SW 1/4 - N1/2 SE 1/4 S34·T21·R16_
_N 1/2, SW1/4 S35 - T21-R16_

Person Receiving Trespass Notice _Dale Burta & Sherrill Burta_

Address _46627 - 622ND Road Burwell, NE 68823_ Phone _308·346·_

Date of Birth _____ / ____ / _____ Height _____ Weight_____ Eye Color_____ Hair Color_____

## REASON FOR TRESPASS NOTICE:

_Rebuilt cross fence and posted no trespassing signs on_
_my property. Eliminated access between North & South_
_ends of my property_

According to Nebraska State Statute 28-521(3). Second degree criminal trespass is a Class II misdemeanor if the offender defies an order to leave personally communicated to him or her by the owner of the premises or other authorized person.

*This notice informs you that you are prohibited from trespassing, entering or occupying the land, dwelling and/or property located at:*

_NE 1/4, SW 1/2 - N 1/2 SE 1/4  S34·T21-R16   N 1/2, SW1/4 S35-T21-R16_

**This Trespass Notice constitutes a written demand to depart from the land and property *Immediately,* Any violation of this will be considered a Criminal Trespass and a violation of Nebraska State Statute 28-521(3). Violators may be subject to imprisonment up to 6 months or $1,000.00 fine, or both.**

_Tami Yromans, agent for Lunimut, LLC_    _Tami Yromans_
Name of individual issuing Trespass Notice (please print)          Signature

_____
Signature of individual Receiving Trespass Notice      Date of Trespass_____ / __ / _____

Trespass Notice Method of Delivery _____ In Person __X__ Via Certified Mail

Cancellation of this notice must done at the Police/Sheriff's department by the property owner and/or authorized person.

I _____ wish to cancel the above Trespass Notice.

Signature _____ Date _____

This Notice Not To Exceed One Year

# DEED RECORD

| | | |
|---|---|---|
| *FROM*<br>Frank Bohn and wife<br>*TO*<br>Margaret C. Walker | STATE OF NEBRASKA,<br>Garfield County, ss.<br>the 31st day of May 19 39 at 2 o'clock and minute; p M.<br>and recorded in Book 20 page 269 of Deeds.<br>W. S. Green | *Entered in Numerical Index and filed for record in*<br>*the* Clerks *office of said County*<br><br>County Clerk—Register of Deeds,<br>By Deputy. |

KNOW ALL MEN BY THESE PRESENTS: That  Frank Bohn and Ollie Bohn, husband and wife

of the County of  Garfield  and State of  Nebraska.  *for and in consideration of the sum*

of  One Dollar and other valuable consideration  DOLLARS,

*in hand paid do hereby grant, bargain, sell, convey and confirm unto*  Margaret C. Walker

of the County of  Garfield  and State of  Nebraska  *the following described real estate situated*

in  in  Garfield  County, and State of  Nebraska.  *to-wit:*

The Northeast Quarter of the Southwest Quarter (NE¼SW¼) and the North Half of the Southeast Quarter (N½SE¼) of Section Thirty-four (34) and the North half of the Southwest Quarter (N½SW¼) of Section Thirty-five (35) in Township Twenty-one (21) North of Range Sixteen (16) West of the 6th P. M.,

50¢ revenue stamp attached and cancelled

State of Nebraska } SS
County of Garfield

I, the undersigned, County Clerk of the above named county and state, do hereby certify that the foregoing is a true copy of the original record as the same appears in my office.
Witness my hand and official seal this 15th day of September 2014

County Clerk
By_____

*(seal: OFFICIAL SEAL — GARFIELD COUNTY, NEBRASKA — COUNTY CLERK)*

TO HAVE AND TO HOLD *the premises above described, together with all the Tenements, Hereditaments and Appurtenances thereunto belonging unto the said* Margaret C. Walker  *and to*  her  *heirs and assigns forever.*
*And*  they  *do hereby covenant with the said Grantee*  and with  their  *heirs and assigns, that*  they  *lawfully seized of said premises; that they are free from encumbrance*  except bank taxes

*that*  they  *have good right and lawful authority to sell the same; and*  they  *do hereby covenant to warrant and defend the title to said premises against the lawful claims of all persons whomsoever.*  *hereby relinquishes all*
*And the said* Ollie Bohn
right, title, claim and interest  *in and to the above described premises.*
*Signed this*  31st  *day of*  May  *, A. D.,* 19 39 .
*In Presence of*

B. A. Rose  Frank Bohn
Ollie Bohn

STATE OF Nebraska  }ss.
Garfield  County,  On this  31st  day of  May  *, A.D.,* 19 39 *, before me, the*
undersigned  B. A. Rose  *a Notary Public, duly commissioned and qualified for and residing in said County, personally came* Frank Bohn and Ollie Bohn, husband and wife
*to me known to be the identical person* s *whose name* s *they*  *affixed to the foregoing instrument as grantor* s *and acknowledged the same to be their*  *voluntary act and deed.*
WITNESS *my hand and Notarial Seal the day and year last above written.*

(SEAL)  B. A. Rose  *Notary Public.*
*My commission expires the* 10th  *day of* May  *,* 1942 .

## JOURNAL ENTRY AND ORDER

IN THE COUNTY COURT OF GARFIELD COUNTY, NEBRASKA

```
ST V. DALE L BARTA                          Printed on  6/02/2015 at 11:09
DOB:  7/31/1934                                          Room 83C01
Case ID:  CR 14      20                                  Page  1
Citation:                                   Date of Hearing  6/02/2015
=================================================================================
CHARGES(AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)
CHARGE          STATUTE              DESCRIPTION               CLASS    TYPE

  01           28-521        Trespass-2nd degree/defy order to lea    2      MSD
       Charge dismissed on the motion of the prosecutor with prejudice
```

A P P E A R A N C E S   A N D   A D V I S E M E N T
```
   Judge             Alan L Brodbeck
   Defendant         DALE L BARTA
   Prosecutor        Dale C Crandall
```
Defendant previously advised of the nature of the above charges, all possible penalties and rights.

A R R A I G N M E N T
Charges dismissed as shown above.

A D D I T I O N A L   E N T R I E S   O F   R E C O R D
The mandate of the District Court of Garfield County is ordered spread.  This case is dismissed.

Hon. _____  6/02/2015    _____
          Alan L Brodbeck              Date              Bailiff

                                  Tape Nos.  CD for date of hearing

FILED BY
Clerk of the Garfield County Court

before it. *Sand Livestock Systems, Inc. v. Svoboda*, 17 Neb.App. 28, 756 N.W.2d 299 (2008). The fact that the Court does not address the remaining assignments of error should not be construed by any party as an affirmation of the defendant's position taken with regard to the ownership of the disputed property.

**ORDER:**    It is therefore the judgment and order of the court that:

1.    The judgment of conviction is reversed and the cause remanded with directions to dismiss;

2.    The clerk shall, within the time allowed by §25-2733 R.R.S. 2008, issue a "mandate in appeals from the county court" and transmit the mandate in appeals to the clerk of the county court together with a copy of this decision; and

3.    Costs, both herein and in the County Court, of $119.00 are taxed to the plaintiff-appellee.

BY THE COURT:

Mark Kozisek, District Judge

The Clerk of the Court is ordered to perform those acts checked below and to initial and date the spaces provided when completed.

1. Mail a copy of this order to parties of record and/or to the attorney of record of each party.
Done on_____
2. Enter the judgement on the judgement record of the Court.
Done on_____ by_____
3. Mail a postcard or notice to each party or attorney of record within 3 days.
Done on_____ by_____
4. Note the decision on the trial docket of the Court by copying therein — *Decision as Above* entered
Done on_____ by_____

DISTRICT JUDGE

5



*EXHIBIT L.*

CAVEAT

LAND PATENT or NOTICE of LIS PENDENS

Because of other circumstances beyond my immediate control, I am forced:

To submit a Land Patent and Declaration OR a Notice of Lis Pendens to be registered:

(A.) According to Nebraska Law # 76-278 (copy attached) which mandates the allowing of Patent Papers to be filed and recorded at the County Register of Deeds.

(B.) And Nebraska Law # 76-211 (copy attached) mandates that all Deeds of real estate be acknowledged and recorded as directed in sections # 216 and through # 237 of ch. 76.

(C.) And Nebraska Laws # 23-1510 and # 23-1511(copies attached) mandates that the Register of Deeds Shall file, record, and index every instrument and record the minute, hour, day, month, and year it was so filed.

(D.) And Nebraska Law # 23-1311 (copy attached) mandates that the County Clerk or Register of Deeds shall not refuse to file an instrument unless a signature is not Legible.

(E.) And Nebraska Law # 23-1507 (copy attached) mandates that any Register of Deeds who shall neglect to perform the duties described in # 23-1506 (copy attached) shall be guilty of a Class IV misdemeanor.

(F.) And Nebraska Law # 76-218 (copy attached) mandates that every officer authorized to take acknowledgement of conveyance, who shall be guilty of a fraudulent practice in the execution of their duty prescribed by Law, Shall upon conviction of a misdemeanor, be subject to a fine, imprisonment, and shall be liable in damages to the party injured.

(G.) And in addition I will be forced to filed suit in Federal District Court for your denying me of my Civil Rights as authorized by United States Law 42 USC 1983 (copy attached) which shall be in excess of $10,000 as mandated by Federal Law.

You have been noticed.

Govern your self accordingly.

Page # 1 of three pages.

76-278.  United States patents and certificates; where recorded.  All certificates of the register and receiver of any United States Land Office of the entry or purchase of any tract of land, and all letters patent of land from the United States lying in this state, shall be recorded in the county in which the land lies, and where any patent as above, contains descriptions of land lying in more than one county, or otherwise, it shall be lawful to record in any county the whole of the descriptions of land situated therein without recording all descriptions contained in the patent.  All maps and profiles required by the government of the United States to be filed by any railroad company in any general or district land office of the United States, for the completion of the title of such company to any right-of-way granted by the United States, shall be entitled to record in the office of the register of deeds or county clerk, as the case may be, in the same manner as plats of cities and villages, and the same effect shall be given thereto as to such plats when thus filed; Provided, such record shall include all the granting or conveying part or language of such patent, and the records of such certificates and patents, and all copies thereof so recorded, duly certified by the register of deeds, shall be prima facie evidence of the existence of such certificates and patents, and conclusive evidence of the existence of such record.
     Source:  R.S. 1866, c. 43, sec. 45, p. 290; Laws 1883, c. 63, sec. 1, p. 264; Laws 1887, c. 30, sec. 25, p. 372; Laws 1911, c. 97, sec. 1, p. 362; R.S. 1913, sec. 6246; C.S. 1922, sec. 5645; C.S. 1929, sec. 76-251.


76-211.  Deeds; execution; record.  Deeds of real estate, or any interest therein, in this state, except leases for one year or for a less time, if executed in this state, must be signed by the grantor or grantors, being of lawful age, and be acknowledged or proved and recorded as directed in sections 76-216 to 76-237.
     Source:  R.S. 1866, c. 43, sec. 1, p. 280; Laws 1887, c. 61, sec. 1, p. 561; R.S. 1913, sec. 6196; C.S. 1922, sec. 5595; C.S. 1929, sec. 76-201; Laws 1939, c. 96, sec. 1, p. 416; C.S. Supp., 1941, sec. 76-201.


23-1510.  Instruments; endorsement, recording and indexing.  The register of deeds shall endorse upon every instrument properly filed in his office for record the minute, hour, day, month, and year when it was so filed, and shall forthwith enter the same in the proper indices herein provided for; and after the same shall have been recorded, the book and page where it may be found shall be endorsed thereon.
     Source:  Laws 1885, c. 41, sec. 5, p. 222; Laws 1887, c. 30, sec. 7, p. 366; R.S. 1913, sec. 5625; rev. C.S. 1922, sec. 4952; C.S. 1929, sec. 26-1210.

**23-1311.** Instruments; signatures; illegible; refusal to file. The name or names of each signer of an instrument presented for filing or recording in the office of the county clerk or register of deeds, including the name of any notary or official taking the acknowledgment, shall be typewritten or legibly printed beneath such signature, and the county clerk or register of deeds may refuse to accept and file any instrument failing to meet the requirements of this section; Provided, that if the county clerk or register of deeds determines that all signatures on the instrument are legible, he shall not refuse to file the instrument.

Source: Laws 1959, c. 90, sec. 1, p. 400.

**23-1507.** Violations; penalty. Any register of deeds who shall neglect to perform any of the duties described in section 23-1506 shall be guilty of a Class IV misdemeanor.

Source: Laws 1893, c. 14, sec. 2, p. 147; R.S. 1913, sec. 5622; C.S. 1922, sec. 4949; C.S. 1929, sec. 26-1207; R.S. 1943, sec. 23-1507; Laws 1977, LB 40, sec. 96.

**76-218.** Acknowledgment and recording of instruments; violations; penalty. Every officer within this state authorized to take the acknowledgment or proof of any conveyance, and every county clerk, who shall be guilty of knowingly stating an untruth, or guilty of any malfeasance or fraudulent practice in the execution of the duties prescribed for them by law, in relation to the taking or the certifying of the proof or acknowledgment, or the recording or certifying of any record of any such conveyance, mortgage or instrument in writing, or in relation to the canceling of any mortgage, shall upon conviction be adjudged guilty of a misdemeanor, and be subject to punishment by fine not exceeding five hundred dollars, and imprisonment not exceeding one year, and shall also be liable in damages to the party injured.

Source: R.S. 1866, c. 43, sec. 46, p. 290; R.S. 1913, sec. 6250; C.S. 1922, sec. 5649; C.S. 1929, sec. 76-255.

EXHIBIT M

# 18 U.S. Code § 3771 - Crime victims' rights

Crime victims' rights

(a)Rights of Crime Victims.—A crime victim has the following rights:

(1)

The right to be reasonably protected from the accused.

(2)

The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.

(3)

The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.

(4)

The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.

(5)

The reasonable right to confer with the attorney for the Government in the case.

(6)

The right to full and timely restitution as provided in law.

(7)

The right to proceedings free from unreasonable delay.

(8)

The right to be treated with fairness and with respect for the victim's dignity and privacy.

(9)

The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement.

(10)

The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

(b)Rights Afforded.—

(1)In general.—

In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a). Before making a determination described in subsection (a)(3), the court shall make every effort to permit the fullest attendance possible by the victim and shall consider reasonable alternatives to the exclusion of the victim from the criminal proceeding. The reasons for any decision denying relief under this chapter shall be clearly stated on the record.

(2) Habeas corpus proceedings.—

(A)In general.—

In a Federal habeas corpus proceeding arising out of a State conviction, the court shall ensure that a crime victim is afforded the rights described in paragraphs (3), (4), (7), and (8) of subsection (a).

(B) Enforcement.—

(i)In general.—

These rights may be enforced by the crime victim or the crime victim's lawful representative in the manner described in paragraphs (1) and (3) of subsection (d).

/

(ii)Multiple victims.—

In a case involving multiple victims, subsection (d)(2) shall also apply.

(C)Limitation.—

This paragraph relates to the duties of a court in relation to the rights of a crime victim in Federal habeas corpus proceedings arising out of a State conviction, and does not give rise to any obligation or requirement applicable to personnel of any agency of the Executive Branch of the Federal Government.

(D)Definition.—

For purposes of this paragraph, the term "crime victim" means the person against whom the State offense is committed or, if that person is killed or incapacitated, that person's family member or other lawful representative.

(c) Best Efforts To Accord Rights.—

(1)Government.—

Officers and employees of the Department of Justice and other departments and agencies of the United States engaged in the detection, investigation, or prosecution of crime shall make their best efforts to see that crime victims are notified of, and accorded, the rights described in subsection (a).

(2)Advice of attorney.—

The prosecutor shall advise the crime victim that the crime victim can seek the advice of an attorney with respect to the rights described in subsection (a).

(3)Notice.—

Notice of release otherwise required pursuant to this chapter shall not be given if such notice may endanger the safety of any person.

(d) Enforcement and Limitations.—

(1)Rights.—

The crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a). A person accused of the crime may not obtain any form of relief under this chapter.

(2)Multiple crime victims.—

In a case where the court finds that the number of crime victims makes it impracticable to accord all of the crime victims the rights described in subsection (a), the court shall fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings.

(3)Motion for relief and writ of mandamus.—

The rights described in subsection (a) shall be asserted in the district court in which a defendant is being prosecuted for the crime or, if no prosecution is underway, in the district court in the district in which the crime occurred. The district court shall take up and decide any motion asserting a victim's right forthwith. If the district court denies the relief sought, the movant may petition the court of appeals for a writ of mandamus. The court of appeals may issue the writ on the order of a single judge pursuant to circuit rule or the Federal Rules of Appellate Procedure. The court of appeals shall take up and decide such application forthwith within 72 hours after the petition has been filed, unless the litigants, with the approval of the court, have stipulated to a different time period for consideration. In deciding such application, the court of appeals shall apply ordinary standards of appellate review. In no event shall proceedings be stayed or subject to a continuance of more than five days for purposes of enforcing this chapter. If the court of appeals denies the relief sought, the reasons for the denial shall be clearly stated on the record in a written opinion.

(4)Error.—

In any appeal in a criminal case, the Government may assert as error the district court's denial of any crime victim's right in the proceeding to which the appeal relates.

(5)Limitation on relief.—In no case shall a failure to afford a right under this chapter provide grounds for a new trial. A victim may make a motion to re-open a plea or sentence only if—

(A)

2

the victim has asserted the right to be heard before or during the proceeding at issue and such right was denied;
(B)
the victim petitions the court of appeals for a writ of mandamus within 14 days; and
(C)
in the case of a plea, the accused has not pled to the highest offense charged.
This paragraph does not affect the victim's right to restitution as provided in title 18, United States Code.
(6)No cause of action.—
Nothing in this chapter shall be construed to authorize a cause of action for damages or to create, nothing in, or to imply any duty or obligation to any victim or other person for the breach of which the United States or any of its officers or employees could be held liable in damages. Nothing in this chapter shall be construed to impair the prosecutorial discretion of the Attorney General or any officer under his direction.
(e)Definitions.—For the purposes of this chapter:
(1)Court of appeals.—The term "court of appeals" means—
(A)
the United States court of appeals for the judicial district in which a defendant is being prosecuted; or
(B)
for a prosecution in the Superior Court of the District of Columbia, the District of Columbia Court of Appeals.
(2) Crime victim.—
(A)In general.—
The term "crime victim" means a person directly and proximately harmed as a result of the commission of a Federal offense or an offense in the District of Columbia.
(B)Minors and certain other victims.—
In the case of a crime victim who is under 18 years of age, incompetent, incapacitated, or deceased, the legal guardians of the crime victim or the representatives of the crime victim's estate, family members, or any other persons appointed as suitable by the court, may assume the crime victim's rights under this chapter, but in no event shall the defendant be named as such guardian or representative.
(3)District court; court.—
The terms "district court" and "court" include the Superior Court of the District of Columbia.
(f) Procedures To Promote Compliance.—
(1)Regulations.—
Not later than 1 year after the date of enactment of this chapter, the Attorney General of the United States shall promulgate regulations to enforce the rights of crime victims and to ensure compliance by responsible officials with the obligations described in law respecting crime victims.
(2)Contents.—The regulations promulgated under paragraph (1) shall—
(A)
designate an administrative authority within the Department of Justice to receive and investigate complaints relating to the provision or violation of the rights of a crime victim;
(B)
require a course of training for employees and offices of the Department of Justice that fail to comply with provisions of Federal law pertaining to the treatment of crime victims, and otherwise assist such employees and offices in responding more effectively to the needs of crime victims;
(C)
contain disciplinary sanctions, including suspension or termination from employment, for employees of the Department of Justice who willfully or wantonly fail to comply with provisions of Federal law pertaining to the treatment of crime victims; and

(D) provide that the Attorney General, or the designee of the Attorney General, shall be the final arbiter of the complaint, and that there shall be no judicial review of the final decision of the Attorney General by a complainant.

(Added Pub. L. 108–405, title I, § 102(a), Oct. 30, 2004, 118 Stat. 2261; amended Pub. L. 109–248, title II, § 212, July 27, 2006, 120 Stat. 616; Pub. L. 111–16, § 3(12), May 7, 2009, 123 Stat. 1608; Pub. L. 114–22, title I, § 113(a), (c)(1), May 29, 2015, 129 Stat. 240, 241.)

4

N

Dale L Barta          Complaint

46629-822 RD

Burwell Ne 68823

home phone 308-346-4468

cell- 308-730-0379


Dale Barta has a land patent on the 160 acres
we live on and on the land patent on 200 acres just
north of the 160 acres altogether 360 acres.

Linda Heermann Garfield Co Clerk of District
Court + Deeds, would not file our documents.

Dale Barta put no tresspassing signs on the gate
to the 200 acres and on fence post,

On June 10, 2013 approximatly 10:00 AM Dale
saw Rodney O'Neel's pick-up + horse trailer with
cow-calf pair and two other men with pick-up and
horse trailers coming out of the north 200 acres.
They had unloaded the cattle.

Dale Barta parked his red + white pickup to block
them to prove they were tresspassing,
Dale then called 911 at Taylor Ne to report to   region 26 308-942-3435
the Sheriff what was happing, Dale had legal
tresspassing signs and privat property signs.

Someone destroyed the signs

Two deputy sheriff showed up. One deputy sheriff
theaten Dale 3 time to lock Dale up if he didnt
move his pickup. Dale was on the 160 acres.

Rodney O'Neel was the one that was trespassing on our land.

The Deputy Sheriff did not have a warrant

Dale Barta has 2 witness.

'The Deputy Sheriff called a towing truck owed by Duane Auto Repair to remove Dale's pickup, The pickup was locked in 4-wheel drive and door were locked.

Larry Donner - Sheriff showed up parked his car at the drive way he did nothing. Larry Donner talked to O'Neel and let him go. Larry Donner th Sheriff was aiding and abetting the crime.

Dale Barta pick up has been gone sence June 10 201_ Dale used it every day, it has farm tools to fix fence, windmill repair, cutting thistles checking livestock.

6 #



Sheriff Larry Donner of Garifill Co.



Kurby Alloway Deputy and his deputy
talking to Dale Barta and Kennith Martensen friend

#5



Duane Brockman  towing truck
Duane Auto Repair

backing up to Dale Banka pickup





EXHIBIT IV.







Private Property sign




this shows where the no traspassing sign was

EXHIBIT O

Jason Mathis   Atkinson
47644   87th Rd   925-5460

Ware Lawsen   O'Neill
RR 1 Box 113   336-3207

Larry Ronyzo  Ord
1107p   728-7083

Rod Swendener   Burwell
RR   pob 178   346 5261

Larry Donner  Burwell
554 G RR1 Box AB6 346-4968

Doug Pollard  address unknown

Mike Bolli RR 2 Box 58A
Burwell - 346 4541

got name 2 - 25-03
6:15 over telephone
from Mike Bolli

EXHIBIT
O

**96-40899-TLS Notice will not be electronically mailed to:**

Dale L. Barta
R.R. 1
Box 106
Burwell, NE 68823

Sherill D. Barta
R.R. 1
Box 106
Burwell, NE 68823

James D. Gotschall on behalf of Defendant Jack Todd
Strope & Gotschall, P.C.
P.O. Box 858
125 North 4th Street
O'Neill, NE 68763

Susan L. Knight on behalf of Creditor United States of America
Federal Building, Rm. 487
Lincoln, NE 68507

Thomas Wagoner on behalf of Defendant Dale E. Barta
P.O. Box 1585
Grand Island, NE 68802





Rod Swensener

Sheriff Larry Donner
Garfield Co



EXHIBIT
4
2 pages



pickup that pulled horse trailer march 2002
that hauled cattle

Garfield co Sheriff car

Sheriff Larry Donner looking on while cattle are loaded









 bull being loaded

loading bull + heiffers on trailer



loading cows

Mike Bolli

Doug Pollard
Deputy



Calves

Calves

Cows



guy that rounded up cattle

Brand inspector    pushing baby calves on trucks

loading cows   March 2002





Driver of pickup

Mike Bolli  Garfield Co  Deputy

Doug Pollard Garfield Co Deputy  Brand inspector    Mike Bolli Garfield
Co Deputy
Country calves

